UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK M. ZOSS,<br><br>        Plaintiff,<br><br>v.<br><br>GREG PROTSCH and<br>MUMFORD & PROTSCH, LLC,<br><br>        Defendants. | Civ No.: 4:20-cv-04211-LLP<br><br><br>MOTION FOR SUMMARY JUDGMENT<br>PURSUANT TO FEDERAL RULE OF CIVIL<br>PROCEDURE 56(b) |

Defendants Greg Protsch and Mumford & Protsch, LLC, by and through their attorneys Quintairos, Prieto, Wood & Boyer, P.A., respectfully move this Court to dismiss Plaintiff's claim for non-economic damages pursuant to Rule 56 (b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants respectfully request that this Court enter an order dismissing Plaintiff's claimed non-economic damages with prejudice.

DATED this 27th day of September, 2022.

/s/ *Christine M. Kroupa*
Christine M. Kroupa, Esq.
QUINTAIROS, PRIETO, WOOD, & BOYER, P.A.
216 16th Street, Ste. 1750
Denver, CO 80202
Telephone: 720-798-1620
Fax: 720-798-1630
christine.kroupa@qpwblaw.com
*Attorney for Defendants Greg Protsch and*
*Mumford & Protsch LLP*

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a true copy of the above and foregoing was emailed to all counsel of record, this 27th day of September, 2022.

Robert D. Trzynka, Esq.
Daniel K. Brendtro, Esq.
HOVLAND RASMUS
BRENDTRO & TRZYNKA, PROF.LLC
326 E. 8th Street, Suite 107
P.O. Box 2583
Sioux Falls, SD 57101-2583
bobt@hovlandrasmus.com
dbrendtro@hovlandrasmus.com

                                       /s/ *Christine M. Kroupa*
                                       Christine M. Kroupa, Esq.
                                       QUINTAIROS, PRIETO, WOOD, & BOYER, P.A.
                                       216 16th Street, Ste. 1750
                                       Denver, CO 80202
                                       Telephone: 720-798-1620
                                       Fax: 720-798-1630
                                       christine.kroupa@qpwblaw.com
                                     *Attorney for Defendants Greg Protsch and*
                                     *Mumford & Protsch LLP*